# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of PROWLER, INC., as owner, of the 1964 Custom Sportfisher vessel PROWLER, for Exoneration from or Limitation of Liability | CASE NO. 3:18-cv-02594-WQH-WVG<br><br>**JUDGMENT GRANTING EXONERATION OF PLAINTIFF-IN-LIMITATION** |

Having read and considered Plaintiff-in-Limitation's Motion for Exoneration from Liability (ECF Doc. 76) (the "Motion"), IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff-in-Limitation's Motion is GRANTED. Plaintiff-in-Limitation is hereby exonerated from any and all claims, losses, and/or injuries that occurred as a result of the October 26, 2018 incident that formed the basis of this action. As expressly directed by the Court, the Clerk enters judgment in favor of Plaintiff-in-Limitation.

Dated: August 20, 2020

Hon. William Q. Hayes
United States District Court

-1-
ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28